UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER VINCENT NICOLAIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7094** |
| **BRAD CHERAMIE, ET AL.** | **SECTION: "T"(3)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motions to dismiss, Rec. Docs. 22, 27, and 36, are **GRANTED** and that plaintiff's claims against Alexis Taylor, the Louisiana State Licensing Board, Brad Hassert (originally named as Compliance Director "Greg"), Jefferson Parish District Attorney Paul D. Connick, Jr., and Assistant District Attorney Michael Morales are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of September, 2024.

_____
**UNITED STATES DISTRICT JUDGE**