UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER VINCENT NICOLAIS**　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　　　　　**NO. 23-7094**

**BRAD CHERAMIE, ET AL.**　　　　　　　　　　　　　　**SECTION: "T"(3)**

**O R D E R**

　　The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

　　**IT IS ORDERED** that plaintiff's claims against the following defendants are **DISMISSED WITHOUT PREJUDICE** for to state a claim on which relief may be granted: Alice Nicole Dunn; Alexis Messenger; Brian Robert Lee; Brandon Spann; Jarred Sherman; Gailan Hair; Rhonda Tastett and the BBB Nola; the Louisiana Insurance Guarantee Association; the State of Louisiana; the Louisiana Insurance Commissioner; State Farm; Allstate; USAA; Centuiri Insurance; Lloyds of London; Minute Man Adjusters; Tabb Henderson; James Huxen; Betty Johnson; Pat Brady; Sally Elsamra; "The Attorney General of NOLA"; the St. Tammany Parish District Attorney; the Lafourche Parish District Attorney; Christian Lamar; Todd Lancaster; Javier Vargas; Jacob Cherney; Kelly Storm; Carlos Claimpay.com; Kieth Sanders; and Rahshaud Henry.

**IT IS FURTHER ORDERED** that plaintiff's claims against Robert Shaw and Detective Rivera are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that plaintiff's claims against Brad Cheramie remain referred to the United States Magistrate Judge pending further development.

New Orleans, Louisiana, 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE