UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER VINCENT NICOLAIS**                                    **CIVIL ACTION**

**VERSUS**                                                                              **NO. 23-7094**

**BRAD CHERAMIE, ET AL.**                                                  **SECTION: "T"(3)**

**O R D E R**

      The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 81, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

      **IT IS ORDERED** that the Joint Motion to Stay Proceedings and for Extension of Pretrial Deadlines on Behalf of Defendants Brad Cheramie, Robert Stolz, and Todd Rivere, R. Doc. 76, is **GRANTED**.

      It is **FURTHER ORDERED** that the claims against defendants Brad Cheramie, Robert Stolz, and Todd Rivere are **STAYED**.

      It is **FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes. Within a reasonable time after the finality of Nicolais's conviction or upon disposition of the charges in his favor, plaintiff, or any other party, may move to reopen the matter for further proceedings consistent with *Heck v. Humphrey*, 512 U.S. 477 (1994). The failure to timey file a motion to reopen could waive his opportunity to proceed with this civil action.

New Orleans, Louisiana, this  28th  day of          April         , 2025.

                                                   **GREG GERARD GUIDRY**
                                                   **UNITED STATES DISTRICT JUDGE**